R. Joseph Trojan, CA Bar No. 137,067
Trojan@trojanlawoffices.com
Dylan C. Dang, CA Bar No. 223,455
dang@trojanlawoffices.com
TROJAN LAW OFFICES
9250 Wilshire Blvd., Suite 325
Beverly Hills, CA 90212
Telephone: (310) 777-8399
Facsimile: (310) 777-8348

Attorneys for Plaintiffs
Travel Assets, Inc., d.b.a. Smokebuddy, and Gregg Gorski

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Travel Assets Inc., d.b.a. Smokebuddy, and Gregg Gorski,<br><br>Plaintiffs,<br><br>v.<br><br>ST & Company, LLC and Raheel Lakhany,<br><br>Defendants. | CASE NO. 2:22-cv-05068-JLS-SK<br><br>**JOINT NOTICE OF SETTLEMENT OF CASE**<br><br><br><br>**Hon. Josephine L. Staton** |

TROJAN LAW OFFICES
BEVERLY HILLS

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

YOU ARE HEREBY NOTIFIED THAT Plaintiffs Travel Assets Inc., d.b.a. Smokebuddy, and Gregg Gorski ("Plaintiffs") and Defendants ST & Company, LLC and Raheel Lakhany ("Defendants"), by and through their counsel of record, hereby submit this notice of settlement of the instant case. Plaintiffs and Defendants reached a settlement for this case on April 17, 2024.

Accordingly, the parties request that the case be stayed with respect to all proceedings, including the motion for summary judgment set for hearing on May 17, 2024, while the parties prepare the formal settlement agreement. The parties expect to file a stipulation of dismissal with prejudice of all claims within the next 30 days after the execution of the formal settlement agreement.

                                          Respectfully submitted,

Dated: April 19, 2024                Trojan Law Offices
                                          By:

                                          /s/ R. Joseph Trojan
                                          R. Joseph Trojan
                                          Dylan C Dang
                                          Mehdi Poursoltani
                                          TROJAN LAW OFFICES
                                          Attorneys for Plaintiffs
                                          Travel Assets, Inc., d.b.a. Smokebuddy
                                          and Gregg Gorski

Dated: April 19, 2024                /s/ Diane L. Peterson
                                          Edwin J. Richards (SBN 43855)
                                          Ed.richards@kutakrock.com
                                          KUTAK ROCK LLP
                                          5 Park Plaza, Suite 1500
                                          Irvine, California 92614-8595
                                          Telephone: (949) 417-0999
                                          Facsimile: (949) 417-5394

                                          Diane L. Peterson (pro hac vice)

diane.peterson@kutakrock.com
KUTAK ROCK LLP
60 South 6th Street, Suite 3400
Minneapolis, Minnesota 55402
Telephone: (612) 334-5000
Facsimile: (612) 334-5050
Attorneys for Defendants
ST & COMPANY, LLC AND RAHEEL LAKHANY