# NO FURTHER EXTENSIONS WILL BE GRANTED

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Travel Assets Inc., d.b.a. Smokebuddy, and Gregg Gorski,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>ST & Company, LLC and Raheel Lakhany,<br><br>　　　　　Defendants. | CASE NO. 2:22-cv-05068-JLS-SK<br><br>**ORDER GRANTING STIPULATION FOR ORDER EXTENDING STAY OF THE CASE AND DISMISSAL DATES (Doc. 73)** |

BEFORE THE COURT come Plaintiffs and Defendants, by and through their counsel of record, with a stipulated request for an extension of the Stay of the Case and Dismissal Dates for an additional 30 days until June 18, 2024 (Doc. 73).

Good cause appearing, the Court hereby GRANTS the stipulated request.

IT IS HEREBY ORDERED THAT the time for the Parties to file a Stipulation of Dismissal shall be extended until and including June 18, 2024.

**IT IS SO ORDERED**

DATED: May 17, 2024

_____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE