R. Joseph Trojan, CA Bar No. 137,067
trojan@trojanlawoffices.com
Dylan C. Dang, CA Bar No. 223,455
dang@trojanlawoffices.com
Mehdi Poursoltani, CA Bar No. 331,961
poursoltani@trojanlawoffices.com
TROJAN LAW OFFICES
9250 Wilshire Blvd., Suite 325
Beverly Hills, CA 90212
Telephone: 310-777-8399
Facsimile: 310-777-8348

Attorneys for Plaintiffs,
Travel Assets, Inc., d.b.a. Smokebuddy,
and Gregg Gorski

Edwin J. Richards (SBN 43855)
ed.richards@kutakrock.com
Diane L. Peterson (*pro hac vice*)
diane.peterson@kutakrock.com
KUTAK ROCK LLP
5 Park Plaza, Suite 1500
Irvine, California 92614-8595
Telephone: (949) 417-0999
Facsimile: (612) 334-5050

Attorneys for Defendants,
ST & Company, LLC and
Raheel Lakhany

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Travel Assets, Inc., d.b.a. Smokebuddy, and Gregg Gorski,<br><br>Plaintiffs,<br><br>v.<br><br>ST & Company, LLC and Raheel Lakhany,<br><br>Defendants. | CASE NO. 2:22-cv-05068-JLS-SK<br><br>**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**<br><br><br>**Hon. Josephine L. Staton** |

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiffs Travel Assets Inc., d.b.a. Smokebuddy, and Gregg Gorski ("Plaintiffs"), and Defendants ST & Company, LLC and Raheel Lakhany ("Defendants"), hereby stipulate to dismissal of the above-captioned action with prejudice. Each party shall bear its own costs, expenses, and attorneys' fees.

Respectfully Submitted

TROJAN LAW OFFICES

Dated: June 17, 2024 By: /s/ R. Joseph Trojan
R. Joseph Trojan (137,067)
Dylan C. Dang (223,455)
Mehdi Poursoltani (331,961)
Attorneys for Plaintiffs
Travel Assets Inc., d.b.a.
Smokebuddy and Gregg Gorski

KUTAK ROCK LLP

Dated: June 17, 2024 By: /s/ Diane L. Peterson
Diane L. Peterson (*pro hac vice*)
Edwin J. Richards (SBN 43855)
Attorneys for Defendants
ST & Company, LLC and
Raheel Lakhany